671 A.2d 1129

**COMMONWEALTH of Pennsylvania**

v.

**Daniel DAVIS.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1996.

Decided Feb. 13, 1996.

Arthur L. Piccone, Joseph A. Quinn, and Joseph A. Lach, Wilkes Barre, for M.E. Mannion.

William P. O'Malley, Scranton, Rose Ann McGowan, Philadelphia, Carl J. Poveromo, Scranton, Michael C. Kostelaba, Wilkes Barre, and Michael J. Barrasse, Scranton, for the Com.

Zigmont A. Pines, Philadelphia, for A.O.P.C.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

Order of Court of Common Pleas of Lackawanna County entered on December 12, 1995, at Nos. 94–CR–1375 and 94–CR–1880 is vacated and matter is referred to the Judicial Conduct Board.